AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Gregory Page

V.

Wells Fargo Bank, NA

CASE NUMBER: 15-cv-6511

ASSIGNED JUDGE: Matthew Kennelly

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Wells Fargo Bank, NA
420 Montgomery Street
San Francisco, CA 94104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keogh Law, LTD
55 W. Monroe St., Suite 3390
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

July 28, 2015
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>August 5, 2015 @ 3:36 PM |
| NAME OF SERVER *(PRINT)*<br>Tony Klein | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: **WELLS FARGO BANK, N.A.**
at 464 California St., San Francisco, CA 94104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **by delivery to Viennie Annonuevo, Service Mgr., authorized to accept service for the Defendant.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL<br>$55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **August 5, 2015**         *[signature]*
            *Date*                    *Signature of Server*

**Atty Service of SF, PO Box 460038, SF, CA 94146**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.